IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. <u>04-10022-T</u> |
| DANIEL ROSS WADDELL, | ) |
| Defendant. | ) |

## ORDER DISMISSING INDICTMENT

Upon motion of the United States and for good cause shown, the Indictment in the above-styled cause is hereby dismissed.

**IT IS SO ORDERED**, this 3rd day of October 2005.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE



This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10/3/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 81 in case 1:04-CR-10022 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT